# Court of Appeals
# of the State of Georgia

ATLANTA,  March 16, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1479. WESLEY PRICE VICK, JR. v. THE STATE.

A jury found Wesley Price Vick, Jr., guilty of rape, aggravated child molestation, and child molestation. We affirmed his convictions on direct appeal. See *Vick v. State*, 376 Ga. App. 716 (920 SE2d 733) (2025). Vick subsequently filed a motion for leave to file an out of time motion for new trial, which the trial court denied on December 2, 2025. On March 2, 2026, Vick filed a notice of appeal to this Court. We, however, lack jurisdiction.

Pretermitting whether Vick is entitled to file a second appeal, Vick's appeal is untimely. A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38(a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Ebeling v. State*, 355 Ga. App. 469, 469 (844 SE2d 518) (2020). Because Vick's notice of appeal was filed 90 days after entry of the trial court's order, it is untimely.

Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  03/16/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*